# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARTINEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KATHLEEN ALLISON, Secretary,<br><br>　　　　　Respondent. | No. 1:23-cv-00243-JLT-SKO (HC)<br><br>ORDER CONSTRUING MOTION FOR CERTIFICATE OF APPEALABILITY AS NOTICE OF APPEAL<br><br>(Doc. 19) |

　　　　Petitioner Carlos Martinez is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On September 27, 2023, the Court issued an order dismissing the petition and declining to issue a certificate of appealability.  (Doc. 17.)  On October 23, 2023, Petitioner filed a motion for certificate of appealability. (Doc. 19.)  Given that the Court has already declined to issue a certificate of appealability and it is clear Petitioner seeks to appeal the order of dismissal, the Court hereby CONSTRUES Petitioner's motion as a notice of appeal.  The Clerk of Court is DIRECTED to process the appeal to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

　　Dated: __October 27, 2023__　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE